**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLAINTIFF UNDER SEAL | CIVIL NO. 20–511 (JLS) |
| v. | |
| DEFENDANT UNDER SEAL | **FILED UNDER SEAL** |

**UNITED STATES' NOTICE OF INTERVENTION
FOR PURPOSES OF SETTLEMENT**

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | DAVID METCALF<br>United States Attorney |
| JAMIE ANN YAVELBERG<br>COLIN HUNTLEY<br>NELSON WAGNER<br>Attorneys, Civil Division<br>United States Department of Justice | GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division<br><br>MARK J. SHERER<br>Assistant United States Attorney |

Dated: July 21, 2025

**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* EDWARD WISNER, | CIVIL ACTION |
| Plaintiff, | |
| | NO. 20–511 |
| v. | |
| GROSFILLEX, INC., | **FILED UNDER SEAL** |
| Defendant. | |

## UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

1. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its intervention for settlement purposes, as to allegations that defendant Grosfillex, Inc. violated the False Claims Act, 31 U.S.C. § 3729 *et seq*.

2. The United States, Relator Edward Wisner, and Grosfillex have reached a resolution of this action, and the parties have executed a Settlement Agreement, with an effective date of July 17, 2025, which provides for a release of certain defined covered conduct, a payment by Grosfillex to the United States, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement.

3. The Settlement Agreement provides that the United States and Relator shall promptly sign and file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) when the United States receives the settlement payment from Grosfillex pursuant to the terms of the Settlement Agreement.

4. On July 11, 2025, the Court ordered that when the United States files this Notice of Intervention, the following documents shall be immediately unsealed:

   i.   The United States' Notice of Intervention;

   ii.  Relator's complaint;

   iii. The Court's Order entered July 11, 2025; and

   iv.  All documents filed after the filing of this Notice of Intervention.

*See* July 11, 2025 Order, ECF No. 31. As ordered by the Court, all other papers and Orders on file in this matter shall remain under seal. *Id*.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | DAVID METCALF<br>United States Attorney |
| JAMIE ANN YAVELBERG<br>COLIN HUNTLEY<br>NELSON WAGNER<br>Attorneys, Civil Division<br>United States Department of Justice | /s/ Charlene Keller Fullmer for GBD<br>GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division |
| Dated: July 21, 2025 | /s/ Mark J. Sherer<br>MARK J. SHERER<br>Assistant United States Attorney<br>615 Chestnut St. Suite 1250<br>Philadelphia, PA 19106<br>Tel: (215) 861-8445<br>mark.sherer@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Intervention for Purposes of Settlement was sent by electronic mail to:

David Caputo, Esquire
Youman & Caputo, LLC

*Counsel for Relator*

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendant has not been served with a copy of the foregoing motion and order.

Dated: July 21, 2025

/s/ Mark J. Sherer
MARK J. SHERER
Assistant United States Attorney